UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RONNY WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-23-1026-R |
| ) | |
| O'REILLY AUTOMOTIVE STORES, ) | |
| INC. and O'REILLY AUTOMOTIVE ) | |
| INC., ) | |
| Defendants. ) | |

## ORDER

The parties have submitted a Stipulation of Dismissal Without Prejudice as to Defendant O'Reilly Automative, Inc. [Doc. No. 28]. "A stipulation of dismissal filed under Rule 41(a)(1)(A)(i) or (ii) is self-executing and immediately strips the district court of jurisdiction over the merits." *De Leon v. Marcos*, 659 F.3d 1276, 1283 (10th Cir. 2011). Accordingly, Defendant O'Reilly Automative, Inc.'s Motion for Partial Summary Judgment is DENIED as moot.

IT IS SO ORDERED this 19th day of November 2024.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE